THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. O'DONNELL,

Appellant, v. EDWARD W. Cox and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.